UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:                                                                Chapter 7

Eileen Fogarty,                                                  Case No. 8-18-72498-las

                           Debtor.
-----------------------------------------------------------------x

### ORDER SCHEDULING HEARING ON SHORTENED NOTICE

Upon the motion, dated May 11, 2018 [dkt. no. 8] of Eileen Fogarty for the entry of an order scheduling a hearing and shortening the notice period to consider the *Motion to Vacate Foreclosure Sale and for Actual and Punitive Damages* (the "Motion"); and after due deliberation, and sufficient cause appearing, it is hereby

ORDERED that

1. A hearing to consider the relief requested in the Motion will be held before the Honorable Louis A. Scarcella at the United States Bankruptcy Court for the Eastern District of New York in Room 970, 290 Federal Plaza, Central Islip, NY 11722, on May 15, 2018 at 10:00 a.m. (the "Hearing").

2. Notice of the Hearing on the Motion shall be given by serving a copy of this Order and the Motion by e-mail and overnight mail on or before May 11, 2018 on the Chapter 7 Trustee, the Office of the United States Trustee, Bayview Loan Servicing LLC, Knuckles Komosinski & Manfro LLP, all creditors, and all parties filing a notice of appearance for which service shall constitute good and sufficient notice thereof.

3. Proof of service shall be filed with the Court by no later than May 14, 2018.



**Dated: May 11, 2018**
      **Central Islip, New York**

                                                            **Louis A. Scarcella**
                                                            **United States Bankruptcy Judge**