# EXHIBIT "C"

THE STATE OF NEW YORK  
SUPREME COURT, SUFFOLK COUNTY  

Office No. 72 GRANDVIEW  
Index No. 2158/11

BAYVIEW LOAN SERVICING, LLC,

-against-

72 GRANDVIEW, LLC, ET AL.



AFFIDAVIT OF SERVICE

Affidavit of Mailing

STATE OF NEW YORK )  
COUNTY OF SUFFOLK )

Christine Hanson, being duly sworn, deposes and says:  
I am over the age of 18 years, am not party to this action, and reside in the State of New York.

That on 1/24/2011, your deponent mailed a true copy of  
SUMMONS AND NOTICE, VERIFIED COMPLAINT, NOTICE OF PENDENCY, NOTICE PURSUANT TO RPAPL 1303, NOTICE PURSUANT TO RPAPL 1303(B) TENANT FORECLOSURE NOTICE, VERIFIED COMPLAINT, AND RJI

by First Class Mail and Certified Mail Return Receipt Requested properly enclosed and sealed in a postpaid wrapper addressed to:  
EILEEN FOGARTY AS OCCUPANT at  
72 GRANDVIEW DRIVE, SHIRLEY, NY 11967

All true copies were sent by First Class Mail and Certified Mail Return Receipt Requested properly enclosed and sealed in a postpaid wrapper, marked 'Personal and Confidential', addressed to each recipient and deposited in a official depository under the exclusive care and custody of the United States Postal Service.

RECEIPT NUMBER: 7010 1870 0003 5085 4036

FILED  
JAN 26 2011  
Judith A. Pascale  
CLERK OF SUFFOLK COUNTY

Sworn to before me on 1/24/2011 :

ALEX ZAMBRANO  
Notary Public, State of New York  
No. 01ZA6184258  
Qualified in SUFFOLK County  
Commission Expires 03/31/2012

Christine Hanson

149846

Attorney / Client: HERZFELD & RUBIN, P.C.  
125 BROAD STREET 12TH FLOOR  
NEW YORK, NY 10004  
Phone: (212) 471-8500  
File No. 72 GRANDVIEW

RETURN TO: NCS  
4250 VETERANS HWY SUITE 4000 W, HOLBROOK, NY 11741  
Phone (631) 981-4400 (NCS157771F)  
CMH 149846





# WebCivil Supreme – Motion Detail

Court: **Suffolk Supreme Court**
Index Number: **0002158/2011**
Case Name: **BAYVIEW LOAN SERVICING, LLC vs. 72 GRANDVIEW LLC**
Case Type: **RES FORECLOSURE FSC ELIGIBLE**
Track: **Standard**

**Motion Information:**

| Motion Number | Date Filed | Filed By | Relief Sought | Submit Date | Answer Demanded | Status | Decision | Order Signed Date |
|---|---|---|---|---|---|---|---|---|
| 4 | 01/08/2018 | Plaintiff | JUDGMENT OF FORECLOSURE | | No | Decided: 01/22/2018 CASE DISPOSED Before Justice: JOSEPH C. PASTORESSA | Plaintiff Long Form Order | 01/22/2018 |
| 3 | 10/24/2014 | Plaintiff | APPT REFEREE | 08/26/2015 | No | Decided: 09/16/2015 MOTION GRANTED Before Justice: JOSEPH C. PASTORESSA | Plaintiff Long Form Order | 09/16/2015 |
| 2 | 10/24/2014 | Plaintiff | APPT REFEREE | | No | Decided: 06/11/2015 REFERRED TO ANOTHER JUDGE Before Justice: ELIZABETH H. EMERSON/COMM | CPTR (Referral) | |
| 1 | 06/26/2013 | Plaintiff | APPT REFEREE | | No | Decided: 07/08/2014 MOTION DENIED Before Justice: STEPHEN M. BEHAR | Short Form Order | 07/08/2014 |

Close