

**Berger, Fischoff, Shumer, Wexler & Goodman, LLP**
Attorneys & Counselors at Law

6901 Jericho Turnpike, Suite 230
Syosset, New York 11791
Ph: 516.747.1136 | Fax: 516.747.0382

2801 Emmons Avenue, Suite 104
Brooklyn, New York 11235
Ph: 718.934.8811 | Fax: 516.740.0887

Reply to: [X] Syosset Office
[ ] Brooklyn Office

Heath S. Berger
Maryanne Buatti
Gary C. Fischoff*
Peter J. Goodman
Steven E. Shumer
Joel G. Wexler

Dana Goldstein
Jason Kleiger*
Brad A. Schlossberg
Randi E. Taub

Of Counsel:

Lawrence P. Krasin
Andrew M. Lamkin

also admitted in New Jersey*

April 20, 2023

Honorable Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

Re: Eileen Fogarty
Chapter 7 Case No: 18-72498

Dear Judge Scarcella:

As the Court is aware, this office represents the Debtor, Eileen Fogarty, in connection with the above referenced matter. I am happy to report to the Court, that the Debtor and Bayview Home Loan Servicing n/k/a Community Loan Servicing, LLC have resolved all outstanding issues in connection with this matter, no further proceedings are necessary and therefore we request that this case be closed.

I appreciate the Court's assistance in bringing this matter to a conclusion.

Respectfully,

Heath S. Berger

www.bfslawfirm.com
East Islip, New York | Centereach, New York
(by appointment only)